IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JANOIKO,

        Plaintiff,                No. CIV S-06-2117 MCE DAD P

    vs.

SCOTT COX,

        Defendant.          ORDER

_____/

        Plaintiff is an inmate at the Tulare County Jail and is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 25, 2006, plaintiff filed a complaint with a note attached explaining that he had previously filed a complaint but had inadvertently failed to sign it. The complaint filed with the court on September 25, 2006, was intended to replace the previously filed unsigned complaint. The court's records reveal that on September 22, 2006, plaintiff filed a civil rights complaint and it was assigned case file number CIV S-06-2109 MCE CMK P.[1] The complaint filed in CIV S-06-2109 MCE CMK P and this

/////

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

action contain the same allegations and cause of action. Therefore, it appears that this civil action was opened in error.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. The September 25, 2006 complaint filed in case file number CIV S-06-2117 MCE DAD P be removed from the file and refiled in case file number CIV S-06-2109 MCE CMK P with September 25, 2006 as the file date, and

2. This action is administratively closed.

DATED: October 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jano2117.23

---

[2] Plaintiff shall proceed with his civil rights action in CIV S-06-2109 MCE CMK P and all future filings shall reflect that case number and be filed only in that case.

2